Brent O. Hatch (5715)
bhatch@hjdlaw.com
Lara A. Swensen (8493)
Lswensen@hjdlaw.com
Dillon P. Olson (16120)
dolson@hjdlaw.com
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

John M. Desmarais (*admitted pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (*admitted pro hac vice*)
mstadnick@desmaraisllp.com
Ameet A. Modi (*admitted pro hac vice*)
amodi@desmaraisllp.com
Peter C. Magic (*admitted pro hac vice*)
pmagic@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400

*Attorneys for Defendant Apple Inc.*
*[Additional Attorneys Listed In Signature Block]*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| nCAP LICENSING, LLC, nCAP TELECOMMUNICATIONS LLC, nCAP MEDICAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | **STIPULATED MOTION TO EXTEND FACT DISCOVERY DEADLINE**<br><br>Case No.: 2:17-cv-00905<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Brooke C. Wells |

The parties hereby stipulate and jointly move the Court to modify the existing Scheduling Order by extending the deadline for fact discovery to December 19, 2018. Fact discovery currently is set to end on November 19, 2018. *See* Dkt. 128. Good cause exists to extend the deadline by one month because it will not affect any deadlines for expert discovery, summary judgment, or trial (all of which depend upon the issuance of the claim construction order), will provide time during fact discovery for the parties to comply with any further orders on discovery motions, and will better facilitate an orderly completion of party and third party depositions (the parties have conducted numerous depositions, but many remain) and follow-up discovery stemming from such depositions. Accordingly, the parties respectfully request that the Court extend the deadline for fact discovery by one month, to December 19, 2018.

A proposed order, consistent with the foregoing joint stipulated motion, is submitted herewith.

Dated: November 9, 2018                                    Respectfully submitted,

OF COUNSEL:                                    By:   */s/ Brent O. Hatch*
                                                     HATCH, JAMES & DODGE, P.C.
John M. Desmarais (*admitted pro hac vice*)          Brent O. Hatch
Michael P. Stadnick (*admitted pro hac vice*)        Lara A. Swensen
Ameet A. Modi (*admitted pro hac vice*)              Dillon P. Olson
Peter C. Magic (*admitted pro hac vice*)
Jeffrey S. Seddon (*admitted pro hac vice*)
William D. Findlay (*admitted pro hac vice*)
Wesley L. White (*admitted pro hac vice*)
Priyanka R. Dev (*admitted pro hac vice*)            *Attorneys for Defendant Apple Inc.*
Karl I. Mullen (*admitted pro hac vice*)
Carson J. Olshenski (*admitted pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400


Approved as to form:

*/s/ Jason D. Cassady (singed with permission)*
Jason D. Cassady
Bradley W. Caldwell
John Austin Curry
Justin Nemunaitis
Hamad M. Hamad
Alexis F. Mosser
CALDWELL CASSADY & CURRY
2101 Cedar Springs Road, Suite 1000 Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

DURHAM JONES & PINEGAR, P.C.
J. Mark Gibb
Lyndon R. Bradshaw
Attorneys for Plaintiffs