**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| nCAP LICENSING, LLC, nCAP TELECOMMUNICATIONS LLC, nCAP MEDICAL, LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>APPLE INC.,<br><br>   Defendant. | **ORDER GRANTING STIPULATED MOTION TO EXTEND FACT DISCOVERY DEADLINE**<br><br>Case No.: 2:17-cv-00905<br><br>Judge:  Robert J. Shelby<br><br>Magistrate Judge:  Brooke C. Wells |

Having considered the Stipulated Motion to Extend Fact Discovery [ECF No. 192] and good cause finding therefor, the Court hereby ORDERS that the Scheduling Order is modified to extend the deadline for completion of fact discovery until December 19, 2018.

DATED November 13th, 2018.

_____
Brooke C. Wells
United States Magistrate Judge