## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| nCAP LICENSING, LLC, nCAP TELECOMMUNICATIONS LLC, nCAP MEDICAL, LLC, | **AMENDED SCHEDULING ORDER** |
| Plaintiffs, | **JURY TRIAL DEMANDED** |
| v. | Case No.: 2:17-cv-00905 |
| APPLE INC., | Judge: Howard C. Nielson, Jr. |
| Defendant. | Magistrate Judge: Cecilia M. Romero |

The Court has reviewed the proposed amended schedule submitted by Defendant Apple, Inc., ("Apple"), as well as Plaintiff nCAP Licensing, LLC, et al's ("nCAP") opposition thereto, and hereby sets the deadlines for remaining pretrial events in the case as follows.  The parties may not modify the times and deadlines set forth herein without the approval of the Court.

## AMENDED SCHEDULE

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosures and Limited Discovery Related to the '276 Patent[1] | | |
| LPR 2.2 Initial Patent Disclosures for the '276 Patent | N/A | **7/25/19** |
| nCAP's Final Infringement Contentions for the '276 Patent[2] | N/A | **8/2/19** |
| Apple's Final Invalidity and Unenforceability Contentions for the '276 Patent | N/A | **8/12/19** |
| Apple's Final Non-Infringement Contentions for the '276 Patent | N/A | **8/23/19** |
| Deadline to Supplement/Amend Interrogatory and RFA Responses relating to claims and defenses concerning the '276 Patent[3] | N/A | **9/23/19** |
| Deadline to Produce Supplemental Documents relating to claims and defenses concerning the '276 Patent[4] | N/A | **9/23/19** |

[1] Other than as set forth in this Scheduling Order, no discovery or disclosures shall be permitted without leave of Court. nCAP's claim under the Utah Unfair Competition Act was dismissed by the Court on June 7, 2019 (Dkt. 235 at 9) and that claim remains dismissed in this case, including in the Second Amended Complaint (Dkt. 236).

[2] nCAP provided what its opposition termed "updated infringement contentions" for the '276 patent on July 3, 2019. If it wishes to amend or supplement these contentions, it may do so no later than 8/2/19.

[3] Additional written discovery is limited to supplementing or amending responses to existing interrogatories or requests for admission pursuant to Fed. R. Civ. P. 26(e) with information relevant to the claims and defenses concerning the '276 patent that are responsive to existing interrogatories or requests for admission. Interrogatories and requests for admission concerning the "patent-in-suit" should be interpreted to include the '276 patent for the purpose of supplementing or amending responses.

[4] Additional document production is limited to supplementing document production pursuant to Fed. R. Civ. P. 26(e) with documents relating to the claims and defenses concerning the '276 patent that are responsive to existing document requests. Document requests concerning the "patent-in-suit" should be interpreted to include the '276 patent for the purpose of supplementing or amending responses.

| Event | Current Deadline | New Deadline |
|---|---|---|
| *Claim Construction for the '276 Patent* | | |
| Exchange of Proposed Claim Terms & Constructions | N/A | **9/3/19** |
| Meet & Confer Regarding Proposed Claim Terms | N/A | **9/9/19** |
| Simultaneous Cross-Motions for Claim Construction & Joint Appendix for the '276 Patent | N/A | **9/30/19** |
| Responsive Claim Construction Briefs for the '276 Patent | N/A | **10/14/19** |
| Joint Claim Construction Chart and Joint Status Report for the '276 Patent | N/A | **10/21/19** |
| *Expert Reports & Discovery* | | |
| Opening Expert Reports | 8/2/19[5] | **28 days after claim construction order issues[6]** |
| Rebuttal Expert Reports | 8/5/19 | **28 days after opening expert reports** |
| Close of Expert Discovery | 9/9/19 | **35 days after rebuttal expert reports** |

---

[5]  On June 21, 2019, the Court granted Apple's unopposed motion (Dkt. No. 241) to extend the initial expert reports deadline to August 2, 2019 while the Court considers the present motion to revise the case schedule. (*See* Dkt. 242.)

[6]  In the event the parties do not move to construe any claim terms, opening expert reports shall be due on the earlier of 21 days after the parties file the Joint Claim Construction Chart and Status Report or 21 days after the deadline for such filing passes.

| Event | Current Deadline | New Deadline |
|---|---|---|
| *Indefiniteness* | | |
| Apple's Motion for Summary Judgment of Indefiniteness | N/A | **28 days after the close of expert discovery** |
| nCAP's Opposition to Apple's Motion for Summary Judgement of Indefiniteness | N/A | **28 days after Apple's Motion for Summary Judgment of Indefiniteness** |
| Reply in support of Apple's Motion for Summary Judgment of Indefiniteness | N/A | **14 days after nCAP's Opposition to Apple's Motion for Summary Judgment of Indefiniteness** |
| *Dispositive & Daubert Motions* | | |
| SJ & Daubert Motions due | 10/7/19 | **28 days after indefiniteness order issues** |
| Opposition to SJ & Daubert Motions due | 11/4/19 | **28 days after Motions for Summary Judgment & *Daubert* Motions** |
| Replies to SJ & Daubert Motions due | 11/18/19 | **21 days after SJ & Daubert Oppositions are filed** |

Signed: July 18, 2019.

By: _____

Judge Howard C. Nielson, Jr.
United States District Judge