# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| nCAP LICENSING, LLC, nCAP TELECOMMUNICATIONS LLC, nCAP MEDICAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | **ORDER GRANTING MOTION TO EXTEND THE DEADLINES FOR DISPOSITIVE MOTION BRIEFING**<br><br>Case No.: 2:17-cv-00905-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |
|---|---|

Having considered the parties' unopposed Motion to Extend the Deadlines for Dispositive Motion Briefing (Motion) (ECF 343),[1] and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the Scheduling Order is modified as follows:

| Event | Deadline |
|---|---|
| SJ & Daubert Motions Due | 2/9/2022 |
| Opposition to SJ & Daubert Motions Due | 3/9/2022 |
| Replies to SJ & Daubert Motions Due | 3/30/2022 |

Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed. 2/16/2022

If dispositive motions are filed and the district judge's ruling on these motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions.

---

[1] In the Motion, the parties included a separate motion for pretrial hearing and pretrial dates, which is partially opposed. This request will be handled by Judge Nielson.

DATED this 10 January 2022.

                                                                                             _____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah