IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| nCAP LICENSING, LLC, nCAP TELECOMMUNICATIONS LLC, nCAP MEDICAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | ORDER GRANTING STIPULATED MOTION TO ENTER AMENDED SCHEDULE<br><br>Case No.: 2:17-cv-00905-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the Stipulated Motion to Enter Amended Schedule (Motion) (ECF 514), and for good cause appearing, the court hereby GRANTS the Motion and sets the deadlines for supplemental expert discovery as follows:

| Event | Deadline |
|---|---|
| nCap supplemental expert report | Oct. 27, 2023 |
| Apple supplemental responsive expert report | Dec. 15, 2023 |
| Completion of expert depositions | Jan. 22, 2024 |
| Apple motion for summary judgment of noninfringement | Feb. 16, 2024 |
| nCap opposition brief | Mar. 15, 2024 |
| Apple reply brief | Apr. 05, 2024 |

DATED this 30 October 2023.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah